IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

QWEST CORPORATION,

    Plaintiff,

vs.                                                                                                                                              No. CV 22-0912 JB/JMR

HIGH 5 NETWORKS, LLC and HIGH 5
NETWORKS II, LLC,

    Defendants.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on: (i) the Plaintiff's Notice of Dismissal, filed December 15, 2022 (Doc. 3)("Dismissal Notice"); and (ii) the parties' Joint Stipulation of Dismissal With Prejudice, April 20, 2023 (Doc. 18)("Dismissal Stipulation"). In the Dismissal Notice, Plaintiff Qwest Corporation "gives notice that it voluntarily dismisses this action against Defendant High 5 Networks II, LLC." Dismissal Notice at 1. In the Dismissal Stipulation, the parties "stipulate to the dismissal of this action with prejudice for the reason that all claims have been settled, with each party to bear its own costs, expenses and attorneys' fees." Dismissal Stipulation at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case. See Fed. R. Civ. P. 58(a).

    **IT IS ORDERED** that: (i) the Complaint, filed November 29, 2022 (Doc. 1), is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                           _____
                                                            UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Anthony J. Jorgenson
Jorgenson PLLC
Oklahoma City, Oklahoma

    *Attorney for the Plaintiff*

Christopher T. Saucedo
Daniel C. Apodaca
SaucedoChavez, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant High 5 Networks, LLC*